# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| KENNETH LEE BROWN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-2 |
| | * | |
| v. | * | |
| | * | |
| GEORGIA DEPARTMENT OF | * | |
| CORRECTIONS; LONG STATE PRISON; | * | |
| and JESSIE WILLIAMS, | * | |
| | * | |
| Defendants. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 2. No party to this action filed Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court and **DISMISSES** Plaintiff's claims against the Georgia Department of Corrections and Long State Prison and Plaintiff's monetary damages claims against Defendant Williams in her official capacity. Plaintiff's deliberate indifference claim against Defendant

Williams in her individual capacity remains pending.  Id.; Dkt. No. 3.

**SO ORDERED**, this ___7___ day of ___October___, 2021.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)